UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CANDELA MONIQUE LEDET** | **CIVIL DOCKET No. 6:23-0273** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **PERRY HOMES LLC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 29], and having thoroughly reviewed the record, including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 30], and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Rule 12(b)(6) MOTION FOR DISMISSAL [Doc. 27] is GRANTED, and Plaintiff's claims against Perry Homes LLC are DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on the 26th day of September 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE